IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STANLEY BOCLAIR,

          **Plaintiff,**

v.

                                  **Case No. 18-cv-2084-NJR**

JOHN R. BALDWIN, *et al.,*

          **Defendants.**

## MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

This matter is before the Court on Plaintiff Stanley Boclair's motion to substitute newly identified defendants (Doc. 156). Defendants have filed a response (Docs. 159, 160) in opposition to that motion.

Plaintiff seeks to substitute Ralph Burkybile for a John Doe Defendant. On March 26, 2019, the Court set forth a scheduling order for identifying John Does (Doc. 13). Plaintiff was to provide identifying information to Defendants by April 24, 2019 and substitute John Does by May 24, 2019 (Doc. 13, p. 3). On May 9, 2019, Plaintiff requested to substitute identified individuals for the regional directors and transfer coordinator (Docs. 25, 26). At that time, the Court terminated the John Doe defendant directors and coordinators (Doc. 26). Plaintiff later requested additional time to identify any remaining John Does who participated in his transfer (Doc. 35). The Court granted him an extension until July 8, 2019 (Doc. 38) and directed Defendants to provide him with identifying information by June 3, 2019 (Doc. 38). Defendants provided a response, noting that Plaintiff never provided them with any information to help identify the John Does

Page 1 of 2

(Doc. 43). They noted that there were no region assistant deputy directors (*Id.*). Plaintiff did not provide any more information, seek any information from Defendants or the Court, and failed to substitute any individuals for the unknown directors that participated in his transfer.[1]

Some eight months after the deadline for identifying unknown defendants expired, Plaintiff moved to identify Ralph Burkybile as an individual who participated in his transfer. Although he alleges that he only recently learned of Burkybile's name, he did not send a request for production of relevant documents until November 18, 2019, long after the deadline for identifying John Does expired (Doc. 160). The Court finds Plaintiff's request to substitute untimely. He had until July 8, 2019 to identify the John Does. He could have requested relevant documents any time prior to that deadline but failed to so. The deadline for identifying the John Does is long since passed.

Accordingly, his motion to substitute (Doc. 156) is **DENIED**.

**IT IS SO ORDERED.**

**DATED:   June 10, 2020**

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**

---

[1] He did timely move to identify unknown nurses (Docs. 46, 47).