045654/19344/TPD/AJM

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | |
|---|---|
| STANLEY BOCLAIR #A60451, | |
| Plaintiff, | |
| v. | Case Number  3:18 cv-02084-NJR |
| JOHN BALDWIN, FRANK LAWRENCE, RANDY PFISTER, ROBERT MUELLER, SANDRA FUNK, AIMEE LANG, BRANDI TRIPP, REVA ENGELAGE, and NANCY FARROR, | Judge Nancy J. Rosenstengel |
| Defendants. | |

## RESPONSE TO PLAINTIFF'S MOTION FOR RELIEF FROM ORDER

COMES NOW Defendant, BRANDY TRIPP, RN, by and through her attorneys, CASSIDAY SCHADE LLP, and for her Response to Plaintiff's Motion for Relief from Order [Doc. 226], states as follows:

1. On August 15, 2022, the Court granted Defendant Tripp's Motion for Summary Judgment and directed the Clerk of Court to enter judgment at the close of case. [Doc. 218]

2. On November 17, 2022, the Clerk entered judgment in favor of Defendant Tripp. [Doc. 220]

3. On November 29, 2022, Defendant filed her Bill of Costs. [Doc. 221]

4. On December 13, 2022, Plaintiff, through his appointed counsel, filed his Objections to Defendant's Bill of Costs. [Doc. 223]

5. On December 23, 2022, Defendant filed her Response to Plaintiff's Objections to Bill of Costs. [Doc. 224]

6.      On April 3, 2023, the Court granted Defendant's Bill of Costs and directed the Clerk of Court to tax a total of One Thousand, One Hundred Seventy-two Dollars and Sixty Cents ($1,172.60). [Doc. 225]

7.      On May 1, 2023, Plaintiff filed his Motion for Relief from Order. [Doc. 226] Plaintiff argues that his appointed counsel should have included a more recent trust fund statement with his Objections to the Bill of Costs to show that his account contained $123.98 on December 5, 2022. [*Id.* at p. 2]

8.      As outlined in Defendant's Response to Plaintiff's Objections to Bill of Costs, she stated that while she is sympathetic to Plaintiff's attested financial status, Plaintiff's extensive litigation history and choice to proceed in further litigation, is a problem of his own making. [Doc. 224, p. 4] In fact, in Plaintiff's Motion for Relief from Order, he attached a trust fund statement showing that he was paying Court Ordered fees in four lawsuits. [*See* Doc. 226, p. 4] Further, the trust fund statement shows that on November 23, 2022, Plaintiff paid $450.00 in filing fees, presumably for a new lawsuit or appellate fees. [*Id.* at p. 10]

9.      In Plaintiff's Motion for Relief from Order, he states that since May 3, 2018, he has not received "no such sums of money amounting to the $1,722.60 bill of tax granted to Defendant Tripp in (Doc. 225). [*Id.* at p. 2] He continues, stating that he did receive a $750.00 settlement on November 7, 2022, but he paid $450.00 in a 7th Circuit Appellate Fee. [*Id.*] First, the Court granted Defendant's Bill of Costs in the amount of $1,172.60 not $1,722.60. [Doc. 225] Plaintiff chose to spend a significant portion of his settlement proceeds on appellate filing fees. Defendant should not be prejudiced by Plaintiff's decision to continue further litigation in another lawsuit.

10. Even with the new documentation provided by Plaintiff in his Motion for Relief from Order, Plaintiff is in the same or similar position as all other plaintiffs, envisioned when drafting and authorizing Fed. R. Civ. P. 54(d). Denying costs because of the cost of litigation undermines the intent and effect of this Rule. It is cases like this with a litigious Plaintiff and unsubstantiated claims that cost Defendant tens of thousands of dollars that created the need to disincentivize frivolous litigation. Extensive discovery was performed in this case, including eight (8) depositions. Plaintiff has not put forth evidence sufficient to show that he should be deemed exempt from Fed. R. Civ. P. 54(d).

11. For the foregoing reasons, the Court should deny Plaintiff's Motion for Relief from Order [Doc. 226].

WHEREFORE, Defendant Brandy Tripp, RN, respectfully requests that this Court denies Plaintiff's Motion for Relief of Judgment [Doc. 226] and for such other and further relief deemed appropriate.

Respectfully submitted,

CASSIDAY SCHADE LLP

By:  /s/ Alison J. Matusofsky
    One of the Attorneys for Defendant, BRANDY TRIPP, RN

Alison J. Matusofsky
ARDC No. 6337131
CASSIDAY SCHADE LLP
100 North Broadway, Suite 1580
St. Louis, MO 63102
(314) 241-1377
(314) 241-1320 (Fax)
amatusofsky@cassiday.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2023, I electronically filed the foregoing Response to Plaintiff's Motion for Relief from Order with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Jeanine Armstrong, Esq.
Sheree Davis, Esq.
Illinois Attorney General's Office
201 West Pointe Drive
Suite 7
Belleville IL 62226
jeanine.armstrong@ilag.gov

Margaret Hesse
Tueth Keeney Cooper Mohan & Jackstadt P.C.
34 N Meramec Ave # 600
St. Louis MO 63105
(314) 880-3600
mhesse@tuethkenney.com

and I hereby certify that a true and correct copy of the foregoing Response to Plaintiff's Motion for Relief from Order was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in St. Louis, Missouri, with proper postage prepaid, before the hour of 5:00 p.m., on May 15, 2023. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

Stanley Boclair, #A60451
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

/s/ Alison J. Matusofsky

11432241